UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 19, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALERIE ELAINE EHRKE<br><br>　　　　　Defendant. | Case No. 2:21-mj-0011-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  VALERIE ELAINE EHRKE  Case No.  2:21-mj-0011-KJN  Charges 18 USC § 1752(a)(1), 1752(a)(2) from custody for the following reasons:

　　__X__　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　　　_____ Unsecured Appearance Bond $ _____

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　__X__　(Other): Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on January 11, 2021 at 2:00 PM

Dated:  January 19, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE