**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2151 River Plaza Drive, Suite 250**
**Sacramento, California 95833**

Telephone: (916) 922-2255

Counsel for Defendant VALERIE ELAINE EHRKE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>             Plaintiff,<br><br>vs.<br><br>**VALERIE ELAINE EHRKE,**<br><br>             Defendant. | Case No.: 2:21-mj-0011 KJN<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE TO INCLUDE SPECIFIC TRAVEL RESTRICTION** |

    VALERIE ELAINE EHRKE, defendant herein, by and through her counsel of record ROBERT M. HOLLEY and JASON R. HOLLEY, and the UNITED STATES, by and through Assistant United States Attorney HEIKO COPPOLA, at the request of the Honorable Kendal J. Newman, U.S. Magistrate/Judge for the Eastern District of California, do hereby enter into the following stipulation modifying the defendant's conditions of release.

## STIPULATION

    Defendant Ehrke's travel is restricted to the Eastern District of California until Ms. Ehrke's 1/25/2021 hearing before the District of Columbia and unless the District of Columbia

1

changes the travel restrictions imposed on defendant by the Honorable Kendall J. Newman, U.S. Magistrate Judge for the Eastern District of California.  All other terms and conditions of the defendant's pretrial release issued in open court on January 19, 2021 shall remain in full force and effect.

**Dated: January 19, 2021**

*/S/ Robert M. Holley*
_____
**Mr. Robert M. Holley, Esq.**
**Counsel for Ms. Ehrke**


*/S/ Jason R. Holley*
_____
**Mr. Jason R. Holley, Esq.**
**Counsel for Ms. Ehrke**


*/S/ Mr. Heiko Coppola  (by RMH)*
_____
**Mr. Heiko Coppola, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**


**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  January 21, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE