UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

January 28, 2021

U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Room 1225
Washington, DC 20001

**RE:** USA vs. VALERIE ELAINE EHRKE
**USDC No.:** 2:21–MJ–00011–KJN

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 19, 2021 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **A. Kastilahn**

Deputy Clerk


DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____